UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILBERT BRADLEY (#118934)** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 23-446-JWD-SDJ** |
| **CHAD HARDY, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Amended Magistrate Judge's Report dated August 22, 2023 (Doc. 6), to which no objection was filed, but an amended complaint was filed (Doc. 7);

**IT IS ORDERED** that the Amended Magistrate Judge's Report dated August 22, 2023 (Doc. 6) is adopted. The case is referred back to Magistrate Judge Johnson for further handling since an amended complaint (Doc. 7) has been filed.

Signed in Baton Rouge, Louisiana, on September 26, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**