## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**WILBERT BRADLEY (#118934)**

**VERSUS**

**CHAD HARDY, ET AL.**

**CIVIL ACTION**

**NO. 23-446-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 31, 2025 (Doc. 37), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's claims against Defendant Dunn is dismissed, without prejudice, for failure of Plaintiff to serve this Defendant as required by Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that a judgment shall be entered in accordance with the Ruling (Doc. 24) granting a default judgment against defendant Hardy, and that this matter shall be closed.

Signed in Baton Rouge, Louisiana, on <u>August 19, 2025</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**